UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| NICHOLAS R. MAULE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:25-CV-417-TAV-DCP |
| | ) | |
| CAPITAL ONE, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT ORDER**

For the reasons stated in the memorandum opinion, filed contemporaneously with this order, plaintiff's motion for summary judgment [Doc. 8] is **DENIED** and defendant's motion for summary judgment [Doc. 12] is **GRANTED**. This case will be **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT